**Order filed March 24, 2022**



# In The

# Eleventh Court of Appeals

_____

## No. 11-20-00080-CV

_____

## GLEN D. AARON, II, Appellant

## V.

## STEPHEN FISHER, JAMES FISHER, KATIE ELAM WARD, JAMES O. "TONY" ELAM, STEPHEN CORY ELAM, DEBBIE ELAM, AND PIONEER NATURAL RESOURCES USA, INC., Appellees

**On Appeal from the 118th District Court**
**Glasscock County, Texas**
**Trial Court Cause No. 1865**

## O R D E R

It has come to the attention of this court that Justice W. Bruce Williams is constitutionally disqualified from serving on the panel in this cause. The clerk's record shows that, on February 13, 2018, attorneys with the firm of Cotton, Bledsoe, Tighe & Dawson filed Defendant's Original Answer on behalf of Pioneer Natural

Resources USA, Inc.  At that time, Justice Williams was a partner at Cotton, Bledsoe, Tighe & Dawson.  Accordingly, Justice Williams is disqualified under the Texas Constitution and must be removed from the panel in this appeal.  *See Tesco Am., Inc. v. Strong Indus., Inc.*, 221 S.W.3d 550, 553 (Tex. 2006); *see also* TEX. CONST. art. V, § 11; TEX. R. CIV. P. 18b(a)(1).

The remaining two justices of this court have determined that it is necessary to abate this appeal for thirty days to allow for the substitution of an assigned justice to sit on the panel in place of Justice Williams and for the newly assigned justice to have time to review the filings in this cause.

Accordingly, this cause is abated for thirty days and will be reinstated on April 25, 2022.


PER CURIAM


March 24, 2022

Panel consists of: Bailey, C.J.,
and Trotter, J.

Williams, J., not participating.

2